DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TODD MATTHEWS,**
Appellant,

v.

**ROSA MATTHEWS,**
Appellee.

No. 4D19-2759

[July 9, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502010DR002242.

Kenneth D. Lemoine of Kenneth D. Lemoine, P.A., West Palm Beach, for appellant.

Jeffrey S. D'Amore of D'amore Law Firm, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and GERBER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***